## IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

| | |
|---|---|
| SAM KING IVOR ID #162-946 | * |
| SID #317-712, WCI | * |
| 13800 McMullen Highway, SW | * |
| Cumberland, MD 21502 | * |
|     Plaintiff | * |
| v. | *    Case Action No.: |
| | * |
| INFINITY PUBLISHING.COM, ET AL | * |
| | * |
| | * |
|     SERVE ON DEFENDANTS | *    * |
| | * |
| Arthur Gutch | * |
| President | * |
| 1094 New Dehaven Street | * |
| Conshohocken, PA 19428 | * |
| Both Personally and in his Official Capacity | * |
| | * |
| Marc Histand | * |
| Complaint Handler | * |
| 1094 New Dehaven Street | * |
| Conshohocken, PA 19428 | * |
| Both Personally and in his Official Capacity | * |
| | * |

LODGED _____ RECEIVED

OCT 22 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
    by _____ DEPUTY

PX-18-3349

oooOooo

### COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

    COMES NOW, Plaintiff, Sam King-Ivor, pro se (herein, referred to as the Plaintiff) and the others as Defendants), files this complaint for owed money damages and injunctive relief, therefore alleges as follows:

### NATURE OF THE ACTION

1. This is an action for preliminary and permanent injunctive relief, federal copyright infringement under 17 U.S.C. 101 et seq., and criminal infringement under Copyright Act 506 (17 U.S.C. A.). which is subject to a fine and/or imprisonment.

1

2. Plaintiff brings this action to prevent the continuing and irreparable harm that Plaintiff is suffering and will continue to suffer due to Defendants willful infringement of the copyrights in Plaintiff's books: (1) The Garden of Eden Code, by Sam King. Copyright number PA 1-269-051, dated on March 9th, 2005 and (2) The African American's Guide To Working From Home And Neighborhood, by Sam King, dated July 18, 2005.

## THE PARTIES

3. Plaintiff is incarcerated in a Maryland Prison since 1981 who paid Infinity Publishing $499 per book to publish the above mentioned books and later E-Books. Plaintiff resides at: WCI, 13800 McMullen Highway, Cumberland, Maryland 21502.

4. Upon information and belief, Defendants is a Pennsylvania corporation with its headquarters and principal place of business at: 1094 New Dehaven Street, Conshohocken, PA 19428

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. 1331, 1332 (a), and 1338 (a). This Court also has jurisdiction pursuant to the doctrine of supplemental jurisdiction pursuant to 28 U.S.C. 1367 (a).

6. Upon information and belief, Defendants is subject to the personal jurisdiction of this Court because, among other things, Defendant has personally purposefully availed itself of the benefits of doing business in Maryland by proving services to Plaintiff, residents of Maryland and by selling products and services to individuals located in Maryland.

## FACTUAL ALLEGATIONS

7. Plaintiff are the author of the above mentioned books with Infinity Publishing.com.

8. Plaintiff is the copyright owner of said books, subject matter under the laws of the United States.

9. Upon information and belief, the Defendants has knowingly and willfully copied and distributed the derivative works of Plaintiff's work in their entirely and on that basis alleges that the Defendants copied his books itself and others for the specific purpose of infringing Plaintiff's copyrights and selling illegal and unauthorized copies of the Plaintiff's books without giving him all his royalties. Amazon.com, GoodReads.com, and Webbooks.com are selling Plaintiff books. And Plaintiff have not given them permission or received any royalties from them or Infinity Publishing.com. See Exhibit One, it's a printout of February 2018 of Good Reads selling both of my books.

10. The Defendants has refused to send Plaintiff his royalty earnings from others and themselves as you will see by Exhibit Two, dated April 3, 2018 of a message from Infinity

2

Publishing sent to Ms. Kadi-Ann Stewart of the Better Business Bureau, with an office in Philadelphia, Pennsylvania. When Plaintiff wrote BBB, Infinity changed the rules of their contract. (1) Defendants refused to send Plaintiff's royalties to a prison. Yet, since 2004 they been sending money to Plaintiff at the prisons he been in. Defendants said that they send money to the prison and Plaintiff are not able to receive them. This letter is dated April 3rd, 2018, now see Exhibit three, which is royalty payments sent by Infinity Publishing, Inc., for $49.66, dated September 15th, 2017. As you will see that the prison got the check from the Defendants on November 8th, 2017. This money came directly to the Plaintiff. Therefore, there's no problem receiving money from the Defendants. The rules only changed when Plaintiff found out that twenty publishing companies were selling his books and E Books online and he wasn't getting any royalties from Infinity Publishing.com, so he wrote the Better Business Bureau and they contacted Infinity Publishing.com.

11. Upon information and beliefs, Plaintiff has lost and will continue to lose substantial revenues and have also sustained damages as a result of the Defendants wrongful conduct.

12. Plaintiff is informed and believes, and that on the basis alleges, that unless enjoined by this Court, the Defendants will continue its course of conduct and to wrongly use, infringe upon, sell and otherwise profit from Plaintiff's copyrighted books.

13. Plaintiff as a direct and proximate results of the acts of the Defendants alleged above, has already suffered irreparable damages and has sustained loss profits. Plaintiff has no adequate remedy at law to address all of the injuries that the Defendants has caused and intends to cause by their conduct.

14. Plaintiff will continue to suffer irreparable damages and sustain loss profits until Defendants actions as alleged above are enjoined by the Court.

## COUNT ONE
### Copyright infringement
### (17 U.S.C. 101 et seq.)

15. Defendants' infringements were and are willful, in bad faith, and executed with full knowledge of Plaintiff's copyright and in conscious disregard for Plaintiff's exclusive rights in the protected work.

16. In the absence of injunctive relief, Plaintiff will have no adequate remedy at law. Accordingly, Plaintiff is entitled to a temporary and permanent injunction in accordance with 17 U.S.C. 502.

## COUNT TWO
### Criminal infringement
### (Copyright Act, 506 (17 U.S.C. A.).

3

17. The Defendants are committing criminal infringement, because when any person who infringes on copyright material willfully and for purposes of commercial advantage or private financial gain is subject to a fine and/or imprisonment. The Defendants were sent a Cease and Desist letter, but never responded back to Plaintiff. Numerous times Plaintiff asked for his royalties that the Defendants admitted to having, but was never sent to him. Defendants have been selling Plaintiffs books to other online sources, but has not sent any royalties from this market. Also, Plaintiff book, The Garden of Eden Code, by Sam King has been sold by paperback and E-Books, but Plaintiff has not been sent his royalties. The Defendants has also sold Plaintiffs other book by paperback, The African American's Guide To Working From Home and Neighborhood, by Sam King, with other online markets. For these reasons, Plaintiff seeks criminal infringement charges before a jury.

18. Plaintiff is further entitled to recover from the Defendants the damages, including attorney fees, court cost it has sustained and will sustain, and any gains, profits and advantages obtained by the Defendants and others as a result of Defendants acts of infringements alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES TRIABLE TO A JURY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 17 day of October, 2018, a copy of this Complaint For Damages and Injunctive Relief, was mail postage prepaid to: Arthur Gutch, President 1094 New Dehaven Street, Conshohocken, PA 19428

and

Marc Histand, Complaint Manager, 1094 New Dehaven Street, Conshohocken, PA 19428

*Sam King [signature]*
*#162-946*